for appellant.

*Gregory M. Perry,* for appellee.

41027. GEORGIA FARM BUILDINGS, INC. v. WILLARD et al.
(325 SE2d 591)

PER CURIAM.

After plenary consideration of the opinion of the Court of Appeals, we find no error and affirm.

*Judgment affirmed. All the Justices concur, except Smith and Weltner, JJ., not participating.*

DECIDED NOVEMBER 28, 1984 —
REHEARING DISMISSED DECEMBER 18, 1984.

*Herbert S. Waldman,* for appellant.
*John L. Green,* for appellees.